**Alvin Hansen**
UCC No 07-7121163917
2775 Richardson Dr.
Auburn, CA 95603

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Alvin Joseph Hansen, UCC JV Creditor
(Last) (First) (Initial)
Filed By Trustee, Hansen

Prisoner Number ______

Institutional Address Marin Co - Placer Co, Yolo Co

FILED JUN 18 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SBA

Alvin J Hansen
(Enter the full name of plaintiff in this action.)

vs.

Marin, Placer, Yolo Co,
Jerry Brown, Robert Dishwasser,
John Hanson, C Randal Stone

(Enter the full name of the defendant(s) in this action)

CV 08 3008

Case No. 07-5496
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

(PR)

John P Hanson, Stones
In Trust theft murder
Federal Crimes.

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Placer Co

B. Is there a grievance procedure in this institution?

YES ( ) NO (X)

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

08-3008 SBA

1. Informal appeal ______

2. First formal level ______

3. Second formal level ______

4. Third formal level ______

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. They are lawless have none. 9 month mal prosecution of creditor w/o arraignment or trial, judged "incompetent" to block trial

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

1007 Dnnhy Way Kidnap Crime Scene, mail theft Ins on writ

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

on writ

I was violently arrested March 22 for filing summary judgment & serving Judge Nicholl

Without a crime there can be no state prosecution to block enforcement of judgment liens & IRS embezzlement audit securities theft.

There is no crime but the states

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Yolo County settled judgment by Sheriff Machado Feb 2005 that Placer Co, Jerry Brown charged as "forgery" Oct 15, 2007 Google "Yolo Co settlement."

No criminal charge CPC 182 to murder Alvin Hauser, 9 months, charge was "Forgery CPC 470 Perjury CPC 118."

ABA DR-7.105 to kill debt.

Filed by ID thief Dinhanoori & Jerry Brown.

Secretary of State testifys ID theft 365 JL are certified valid as ordered by SF Sup CT April 22, 2004.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Immediate release from kidnap by Placer Co Sheriff Bonner, Placer County et al

Prosecution of federal crimes.

Obstruction of Justice By Court 18 USC 371, 1951

Sheila Lichtblau, Filed Against

RICHARD W. WIEKING
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-3605

Hansen-Stoughellini [illegible] 93-1432 BAC, Original v. Citibank Et al

Destruction of Case NO 07-5446 Filed By Robert Sudduth, Hansen, [illegible] November 1, 2007 v. Marin, Placer Co., Hearing Date Jan 18, 2008 Filed Hainey v. Kerner?

Dear ~~Sir or Madam~~: Penni [illegible] Trust Alvin Joseph Hansen

~~An individual who wishes to complain of violations of his/her civil rights may file a lawsuit in federal court seeking relief; however, the Court cannot act on informal letters or narratives. You must file a formal complaint to initiate a lawsuit. Enclosed are two copies of the form approved for use in this court for that purpose.~~ Hainey v. Kerner

~~In order for your complaint to be filed, it must be signed and accompanied by the required filing fee of \$350.00. If you are financially unable to submit the filing fee, you must complete and sign the in forma pauperis affidavit included with your complaint.~~

~~Be sure to name specific defendants and to set forth specific facts which you believe show how your civil rights were violated by each defendant you name.~~ Your complaint should be legible. The court does not require that your complaint or any other papers be typewritten, but they must be legible or they will be returned to you. ✓

3rd Habeas Corpus IN NO 07-5446

I am returning your ~~letter~~ to assist you in filling out the enclosed forms.

ID Theft Trust Forgery By Robert Dishmon 1993 EIN NO 93-1129900.

Sincerely,

No Signature ✓

My Form is Legible Correct as to Case No and legally sufficient as to Service, Proofs of Service on All Parties in Default.

Writ Clerk

Enclosures

I am a UCC1D Theft Judgment Lien Creditor (Res Judicata) Kidnapped By my Debtors Placer Co. without a criminal Charge possible To Kill me & Trust. Verify on Google or Secretary of State. Your Refusal to File is "Contempt" "Obstruction of Justice" By Court of Only Jurisdiction.

Please Transfer Venue To Original USDC Nevada NO 94-428 HDM Alvin Joseph Hansen v. Bank of America, US States Et al.

[illegible] Attorney, Trustee for Penni [illegible] Trust. (Over)

To NO Name Clerk    Sunday June 15, 2008

Returned To you are 2 of The 7 mailed 3rd Habeas Corpus Writ File you illegally and in obstruction of Justice Rejected To File in Case No 07-5446 "Sudar, Hansen, Thomsen" v. Marin Placer Co. November 1, 2007.

Your Rejection is in Violation of Law Haines v. Kerner as this is a Habeas Corpus Writ Filed properly By Mr Robert Sudar against Marin Co. for which we are Kept in The Dark as To Disposition.

Sudar & I were falsely charged in violation of CPC 182 & ABA Disciplinary Rule 7-105. "A Lawyer shall not File a criminal charge To gain advantage in a civil (Judgment Lien Res Judicata) matter.

Thomson, CEO of Pennisaunce trust was sued civilly By Marin Co But not Criminally and Betrayed His trust, Stole Mail, aided and abetted prosecution.

John Hansen & C. Randal Stowe esq have stolen Embezzled Trust and must be indicted. I am legally Dead as ID Theft victim CPC 182. Murder

You are ordered To File all 7 Documents Mailed To Court & Notice all parties of mandatory arrests for Federal crimes in presence of Court.

This Court is Now an accomplice To The Federal & State Interstate commerce Theft of Trust & Securities embezzlement, which is why you Don't Identify yourself. "Clerk"

The Clerk in The Court! Has ministerial Duty To aid not obstruct Writ Filings & The administration of Justice.

Delaware was original Settlement Court CUSIP No 9314600

You shall Transfer Venue To New Del USDC 94-428 HDM and Notice Sheriff Bonner and all served parties under Haines v. Kerner To Effect Justice under UCC Judgment Liens Enforcement and U.S. Constitution.

Sincerely with Contempt

[signature]

OVER

Penni [illegible] Hansen Consent

God, Jesus Christ IRS,
Psalm 37 Google #1
murder

Court Filed June 14, 2008
By legal mail.

UNITED STATES DISTRICT COURTS
SF 07-5446 Delaware 93-292 - Nevada 94-428
SF Superior Court No 968484 Judgments

Dawn Riccio Husband.
Sudar, Hansen, thomson

v.

Edward N. Bonner Sheriff.
Placer Co. Colleen Nichols
Jerry Brown, Robert Durhamow
John P Hansen, C. Randall Stone
Trust Embezzlers ID thefts
Federal Crimes William Thomson
Social Security. Bank of England
U.S. Government, State of Calif.
Defendants Felons UCC

Case 07-5446
Nevada 94-428 HDM.

Hearing June 27, 2008
Demand for Arrest Indictments
For Murder of Brenda
Hansen Riccio, Trustee
Daughter of Alvin Hansen
Death penalty Mandated

Notice Change of Venue
From Corrupted Case

1. Trustee Daughter, Brenda Ellen Hansen Riccio was Driven to Attempt Suicide over Denial of Bail in Total anguish & Despair over Federal Crimes of John Hansen C Randal Stone Esq, William E Thomson, placer Co Sheriff & Colleen Nichols Jerry Brown, Robert Durhamow etc.

"Evil will slay the wicked. The foes of the Righteous will be condemned by the Lord." Psalm 34:21

[signature]

Penniboac trust Alvin Joseph Hansen Kidnapped Trustee
Vernon Joseph Hansen Co trustee Attorney.
Heir.

Filed
June 14, 2008

No Name Clerk, Court is Party
Re: Criminal obstruction of Justice
Corruption of Suder, Hansen, Thomson Habeas Corpus
Writs June 14, 2007 – June 14, 2008.

Case No 07-5446
" " 07-0810-whs.
Nevada.

Robert Suder

2. I am Returning 2 of 7 Writ Documents mailed to your Court wrongfully Rejected, obstructed, Delayed, for Filing under Haines v. Kerner.
I am 76 years old Kidnapped Attorney for Penniboac trust ABUA Group Trust International Delaware Corp No 9314600 (Settlement trust 1993 De USDC 93-292 JJF.
As a Lawyer since 1962 I have successfully Filed many Habeas Corpus Writs for inmates under Haines Kerner But never Been criminally obstructed by the USDC. Like this.
Did Placer Co File or Contact you to Block Filing?

2. Feb 21 I Filed by Fax and through Merin Co Atty Shield Lichtblau's "Summary Judgment" To End malicious prosecution in Placer Co without criminal charge under Res Judicata UCC Judgment Liens, Settled By Yolo Co. 2005. Google "Yolo Co Settlement"

3. Clerk is Ministerial Servant, must not corrupt Court Records or obstruct Justice 18 USC 371, 1951

(7)

over.

Probate Court friend John Hawson, Randel Stowe Esq

Forged & Stolen Trust Records Oct 2006 to embezzle Penni-Sewc Trust & profit from Stolen Securities in Interstate Commerce, In Fraud of IRS, Stole Trust personal Mail. All Federal Crimes this Court is Duty Bound to indict & prosecute, under Federal Law

Instead this Court aids and abets These Federal crimes, being no Court but an accomplice, in attempt to murder me, by 9 month Kidnap.

With Melvin E. Soll Esq Delaware attorney trustee in 1998 I Filed a Federal Habeas writ in LA Fed Ct. No 7639 [illegible] against Warden Fitzpatric.

Since this Court is a protective party to The main Co Crime The writ not answered By Sheriff.

There Being no Criminal Charge. I Demand Immediate Release to my Liberty. As Required by The U.S Constitution.

→ Never be charged "Forging" of Judgment Lien Yolo County settled 2005. Google "Yolo County Settlement" Sheriff.

No charge

There is no Creditors or Debtors prisons in The United States.

ID Theft is Murder CPC 182

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983**

## I. 42 U.S.C. §§ 1983

You may file an action under 42 U.S.C. §§ 1983 to challenge federal constitutional or statutory violations by state actors which affect the conditions of your confinement.

A §§ 1983 action may not be used to challenge the length of your sentence or the validity of your conviction. Such claims must be addressed in a petition for a writ of habeas corpus, on the correct forms provided by the clerk of the court.

## II. Filing a §§ 1983 Action

To file a §§ 1983 action, you must submit: (1) an original complaint and (2) a check or money order for $350.00 or an original Prisoner's In Forma Pauperis Application.

This packet includes a complaint form and a Prisoner's In Forma Pauperis Application. When these forms are fully completed, mail the originals to: Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

## III. Filing Fees

Under the Deficit Reduction Act of 2005, the filing fee for a § 1983 action filed on or after April 9, 2006 has been increased to $350.00 from $250.00, to be paid at the time of filing. If you are unable to pay the full filing fee at this time, you may petition the court to proceed in forma pauperis, using the Prisoner's In Forma Pauperis Application in this packet. You must fully complete the application and sign and declare under penalty of perjury that the facts stated therein are true and correct.

Each plaintiff must submit his or her own Prisoner's In Forma Pauperis Application. You must use the Prisoner's In Forma Pauperis Application provided with this packet and not any other version.

## IV. Complaint Form

You must complete the entire complaint form. Your responses must be typewritten or legibly handwritten and you must sign and declare under penalty of perjury that the facts stated in the complaint are true and correct. Each plaintiff must sign the complaint.

Under 42 U.S.C. §§ 1997e, you are required to exhaust your administrative remedies before filing a §§ 1983 action; you must indicate clearly on the complaint form whether you have done so.



Beneficiary Trust Alvin Joseph Hansen,
Vernon Joseph Hansen, Brandi Hansen Riccio
co trustees William Thompson
UCC Judgment Lien Creditors • CA 7121163917
2775 Richardson Dr.
Auburn, CA, 95603

United States District Court
450 Golden Gate Ave [illegible] Unit
San Francisco, CA. 94102

Filed May 18, 2008
USDC [illegible] No 07-5446

**LEGAL MAIL**

102+3661 C004

"ps, 37
Prose
08 JUN 17 PM 2

