Dennis Riccio, Plaintiff Neice CEO 2008
Pennibonetrust;
SFCV-08 FILED

John P. Hansen, C. Randle Stone Esq, William E. Thomson JUN 26 2008
Trust, ID Theft, Fed Interstate Crimes.

RECEIVED
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Remember This June 30, 1994 Case    USDC SF No 07-5446
Alvin J Coveling, Known Hansen    Jult Judgmt June 5
USDC Oregon, BankAmerica?    New Venue Murder
                              Transferring to USDC Nevada.

The An 2 wo Judgmt for John    94-428 HDM for Jurisdiction
Hansen?                         over Oregon & Arizona Trust
                                Thieves Felons. & Murders of
WE ARE BACK.                    Brenda Ellen Hansen Riccio
                                & Alvin Joseph Hansen.
And its Murder for you &        Hearing Sct June 27, 2008
C. Randal Stone, Thomson!

Did you Really believe in your sick Evil Greedy mind that
you could Defy God himself and Right in front of him
steal my Penni? my Creston pennibonetrust? By
violence & Forgery of UCC Files in Arizona & Oregon?

You were a Judgmt Creditor, Now you are a Murderer
Interstate Trust Forger with your Jim Ordonio Randal Stone.

Transfer of Venue of the Judgmt in SF was necessary
to take Jurisdiction over the Diverse parties Killers
of different states. Fed Rule "Diversity of Citizenship"

From Thief Gunmen to convicted Murderers.

Brenda's letters you kept I demanded Return of all
"Evidence".

①

Dennis, once an enemy has become a victim of His wife murder and witness against you all

I warned you John, too Bad you Believed your dog who Fucked your wife

Federal intrastate commerce securities, Trust Theft is a Federal mail Theft IRS evasion murder crime punishable by Statutory Death Sentences.

Tell your Steve he is Going to Die for my murder & Burdess for Trying To Expose him.

Your Entire Family must Die, Ruth, Michael & your Evil Daughters

Trying to include you 14 years ago began tragically & Ended in your Death.
You Have no way out of your Hatred.
I will be taken home with Moon & that will clinch The pit you will dig for me that is your Grave.

"Evil will slay The wicked." ps 35.

[signature]

Pennis constat in memory of Penni Hansen    June 18, 2008
murdered March 25, 2002
SF Sup ct judgment 968484,
Alvin Joseph Hansen, Kidnapped
Vernon Joseph Hansen, Co-Trustee
Dennis Riccio.                                   Case CV. 08-3008

# IN The Court of God Jesus Christ
## Nevada USDC 94-428   UCC 94-07952

v.

All Wicked Felons under Gods          Case 94-428 Itdm
Destruction, Jerry Brown              Reopened Dishonor Theft
Robert Dishonor, & All                June 22, 2004.
Threatened Co-Conspirators.           Murder of Brenda Hansen Riccio
    Dead & Dying.                     Alvin Joseph Hansen, Trustee
                                      Attorney & Beneficiaries,
Read The News. It's All Over?         1993-2008.
Thy Lord Loves me & Hates you         Gods Wrath.
                                      Revelation Ch 18-21

Oh Lord, thank you for Jesus comming to Run your Judgments on the wicked of the earth who do not know or trust in you but in false Gods money, evil, drugs, in "ONE HOUR" Rev 18

"Till a pit is dug for the wicked."
Money has replaced Justice in a sick & dying world Your Throne is "Justice" Every Man Steals from his Brother. Micah ch 7 John Hansen. You will kill them as promised ps 94.
        Famine Stalks The Earth
    Famine will kill one third of men. 1929 Bank collapse
Economy gone in "ONE HOUR" Rev. 18:17
①       Fall of Babylon the Great

Alvin Joseph Howsen, Kidnapped Trustee
Pennincton/30yr Trust                                    93-14600
Robert Sueck                                    2008-07-7121163917
Vernon J. Howsen                                UCC Judgment Felony Liens

# RES Judicata

Richard Weiking. Clerk. Case No 93-1432 BAC april 1993
UCC Master file 30 year Trust
NO 07-7121163917                           Fee Req By law

## United States District Courts

Re: Criminal Contempt CPC 166         SF CV. 08-3008
18 USC 371 Conspiracy.                 Nevada USDC 94-428
                                       ~~SF CV08-3008~~
                     V
                                       SF CV. 07-5446 Marin Co
Jenny Brown - imposter AG
Edward W. Bonner Sheriff               Default Judgment Filed
Robert Dickenson ID Theft thief,       Entered on UCC Debtor
1994-2008 John Howsen C. Randle        Pleau Co. Failure To Answer
Stout, UCC Debtor Felons.              By Clerk Fed Rule 55-c
All 365 JL.                            Venue change Nevada
                                       Murder Trial Brenda Riccin
                                       Alvin Joseph Howsen.
Fed Rule Civ Proc. 55

① On Judgment on Res Judicata Judgment liens clerk enters ~~Default Judgment on 3rd Habeas Corpus writ served on~~ Jenny Brown, Pleau Co, Yolo Co. Sheriff Edward Bonner in Criminal Contempt. CPC 166, 182, 470, 490.
18 USC 371 Conspiracy. Mandating Release of Kidnapped Alvin Joseph Howsen, Trustee, on Failure to Answer, Defend. Yolo County Settled 2005

            Clerk.
    Criminal for Debtors to sue prosecute attempt to murder
        Creditors. CPC 182.

①

*[Handwritten annotations across top of page:]*
Venue Transferred to Nevada - Original Foreclosure
Case June 30, 1994 94-428
Date of Trust Forgery By Dij Harrow CJ NO 94122638

Send U.S. Marshall to arrest Release
Fees Paid by Robert Sudduth November 1, 2007

Hansen - Stang Lullini
IRS, mail theft, SS theft

Correct Record

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*[Handwritten left margin:]* Permissive trust, ABUA Trust
Aluin Joseph Hansen,
Kidnapped trustee

Plaintiff,

vs.

UCC JR Creditor
Jenny Brown, Edward Bownon,
Robert Disharoow, Colleen Nichols,

Defendant.

Judgt lien De5Fees Felous

*[Handwritten right:]* Sudduth, Hansen, Thomson
CV 07-5496
CV 08 3008 SBA
Need'd 94-428-HDM
UCC 94-07952-53
(PR)

**CASE NO.**

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

*[Left margin handwritten:]* John Hansen, C. Ransilsford, William Thomson

I, Alun J. Hansen, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___ *Attorney for trust, Kidnapped*

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: DNA

*[Bottom handwritten:]* Does not apply Fees paid by Sudduth, Hansen.
All cases -1- 1985 - 2008
(OVER)

PRIS. APP. TO PROC. IN FORMA PAUPERIS

Clerk. Richard Weiking!

After 14 years of I.D. theft & BVA trust Forgery theft By Robert Dishonoan & Jerry Brown Ca 94122638

I am kidnapped in place to Jail for 9 months w/o charge on those "Res Judicata Judgment Liens" Discovered & ordered April 22, 2004 By Superior Court San Francisco. 968484

Correct Errors. Charge Crowe

Please send US. Marshall to arrest & Force Release.

Pennnibanctrust attorney

Google #1 ID theft

Pennnibanctrust

Demented Jerry Brown

Charge By Jerry Brown was filed 10-15-2007 for personal reason to kill Judgment Lien Debt against himself from 1999 theft of our Oakland $2 million home 4608 Rocking horse ct. (Google) and help place to evade enforcement of Judgment liens Yolo County admitted & settled. Google "Yolo Co. Settlmt"

Brown will be indicted in Nevada Ca. 94-432 for interstate securitys & murder of my Daughter Brenda & myself. This evil mans Dementia has destroyed California in his attempt to kill pennnibanctrust UCC File 07-7121163917 and me. He is in conspiracy with John Kensev, C Randal Stone Esq, William E Thomson. to operate the stolen trust for criminal profit in open violation of all federal law 18USC371 Hobbs act 18USC1951, Racketeering 18USC1961

Where is the Filed Habeas Writ & all documents served on Sheriff?

*[Handwritten margin notes, top:]* Prior Pending bankruptcy... Nov 1, 2007

*[Handwritten:]* Nevada USDC 94-428 Idm
*[Handwritten:]* E-filing Diversity Fed Rule 1331

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 3008**

*[struck through:]* A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

*[Handwritten: "Paid"]*

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an <u>In Forma Pauperis</u> Application.

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other *[handwritten:]* Did you change Venue to Nevada?

*[struck through:]* Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.

*[Handwritten:]* Transfer to Nevada USDC 94-428
Alum, Union, Jacqueline Hansen
Bank of America, U.S. State of Delaware et al
Dishonour ID Theft 1994-2008

*[Handwritten:]* Fee paid June 30, 1994

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

*(OVER)*

HANSEN

*[Left margin handwritten notes:]* Fee was paid Per Habeas Corpus writ by Robert Sudan Penningtons Benef. Nov 1, 2007. No finding of Jurisdiction. Venue is Right at E Duty & Clerk under construction & US Constitution for Administration of Justice Long Denied

① This County Obstructions of Justice, Criminal Misprison Failure To Issue Mandatory Default, <u>Summary Judgmt</u> <u>filed Feb 21, 2008</u> <u>Arrested in Anger</u> Ignored

② → Caused my Daughter Brandi Ellen Hanson Riccio of Truckee To commit suicide.
Her Blood is on yours & Jerry Brown's Hands!

③ 3rd Habeas, Sheriff Did NOT "Appear & Defend" Fed rule 55 Required Default Judgmt & Release.

June 9, 2008  Proof of Service All parties.

① Clerk Required, Failed to provide POS on All Def. Felon Debtor parties to victim UCC Judgmt Lien Creditors & Trustees.

② Ignored order to transfer venue, issue Judgmt of Default for Failure to Appear & Defend, Summons, Rule 55, C -

Proof of Service All Parties missing -

Send ALL to Nevada.
for Trial, Murder

Dil Cuman lee
Clerk,

# Default Judgment.

Like USDC Nevada 94-428

Did you serve them all?

If you can't answer, or don't answer like Jerry Brown the rules are always the same. "Judgment will be entered against you by the Clerk" Fed rule civ pro 55

~~It's OVER Stupid OVER.~~

~~You Don't get a second Bite at The Rotten Apple~~

But in this case you DO. It's Murder in Another State USDC already committed confessed (mine) & Brenda's.

Don't you have an attorney for the Sheriff who can read and know the law? At least as well as I do?

[signature] This is all "Evidentiary Material"
Do not destroy.

God says terrible plagues will strike you.
End.

The Court replied acknowledging jurisdiction over Sheriff. But corruptly withheld filing Judgment. So you all have to get attorneys in Nevada. where I had Judgment in 1994 & 2004.

[signature]   ID Theft I am legally Dead CPC 182
TWICE

Grant Her Everlasting Life for The Evil she met in trying To Rescue me From Kidnap by our Enemies seeking To murder me. I am Legally Dead ID Theft victim, CPC 182, 490

② Clerk: Please Follow The Federal Court Rule 55-c to enter judgment on Summary Judgment Filed/Served February 21, 2008 (Arrested Piled for filing) Disobeyed By Bush Jerry Brown US Terrorists. The Rule must be obeyed by clerk or its a (misprinow) Issue "Default Judgment" For "Failure To appear & Defend".

Transfer to Nevada USDC

③. Murder Judgment is scheduled To commence June 27 2008

④ Arrests and indictments must issue for Robert Dishonour John P. Hensen (1994 party) C. Randall Stone Esq, William E. Thomson (Jccbs imposter CEO), Jerry Brown, Sheriff Bonner for Federal Criminal Conspiracy to Steal Trust opinell Trade Securities for Felony profit in interstate Commerce, 1938 securities Act. Notify FBI, SEC, FTC, California Secretary of State of UCC Judgment Lien Theft Fraud.

_[signature]_
Alvin Joseph Hensen, Kidnapped Trustee & Attorney.

cc/ Vernon Joseph Hensen Co trustee
Dyana Heady, Secretary. Dennis Riccio

②

Murder trial June 27, 2008 Nevada:
Dennis Riccio widower against
Plaintiff, Alvin Joseph House Father

Demand For Release From Felony Kidnap
By Jerry Brown, Dishonor

(CCP 1017-1018)
Proof of Service on
All Parties By Clerk
Transfer of Venue To Nevada 94-428

1. Jenny Brown, Sheriff Bonner
2. Robert Dickinson.
3. John P. Hansen, L Randol Stone sva, William Thomson
Theft of Dennis Bone trust Records Computer, mail
October 2006.

I Certify That I Served All parties & transferred Venue
As Ordered by Judgment Lien Creditor.

_____
Clerk.

Its Not Rocket Science only Law.
Been Around for years.
Always the Same.

_W_

Proof of Service, All parties

*June 18, 2008*
*Case-CV 08-3008*

### Submitting Initiating Documents
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: http://ecf.cand.uscourts.gov and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

### Converting Documents to PDF
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

*[Handwritten notes:]*
*Prewiss[?]dust has power act.*
*Filed summary judgment MSJ to end malicious prosecution*
*11-30-07  Feb 21, 2008, served on Count, Nicholls.*
*Nicholls issued arrest warrant in retaliation March 2, 2008*
*In Criminal Contempt CPC 166, 182*

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

SACRAMENTO CA 958
23 JUN 2008 PM 1

Aluni Joseph Itewsan, Kishopper
Reun1Bswctryst
Ucc Fic 07-712116 2917
2776 Richardson Dr
Auburn, Ca. 95602

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

Clerk Richard Working
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Jurisdiction
Venue Change 08-3008
To Newark 94-4128 HOM

Legal Mail