Alvin Joseph Heaven SS NO 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
Revision Stolen 14 years, Judgment SS.
All out of memory.

Richard Weiking, Clerk Reysoned!
You know me well. From Case NO 93-1432 BAC.
Alvin, JOCoanhia, Vernon Hender, Robert Steynelluni, Maritouise Manach
V.
Citibank FSB, Bank of America, Etal       Case CV 08-3008 SBA
"Bad Faith Lending Cases of '80's"

All Transferred to Delaware USDC 93-292 JJL June 10, 1993
Settled August 4, 1993 Delaware SOS CWIP NO 9314600
$13.26 Billion USD 32 Beneficiaries. 8 murdered.

Stolen, Forged During Foreclosure Feb Mar, 1994 —
Nevada USDC 94-428 HDM HDM, Schwartz were ID
thieves with Robert Disharoone Client "Alvin James Heaven"
85 Deceased to Steal Co. Trust File NO 94122638.
Traded for profit interstate commerce. 14 years.
    Google #1
    Remember Me Now?
Discovered, Recovered by SF Sup Ct Judgment April 22, 2004
    Filed UCC Felony Judgment Liens.
    362 Filed NO 07-7121163917 30 yr public trust
Placer Co, Yolo Co. are Debtors. Yolo Co settled. 2005
Jerry Brown Debtor Felon used office to arrest me
October 15, 2007   9 months in Jail NO Charge

3 Habeus corpus writs, Summary Judgment Feb 21
Helped by Daughter Brenda Riccio who was so

① ⑫               (OVER)               ⑤⑥

Distressed & Despondent Committed Suicide June 1, 2008

## Proofs of Service.

You Had to Serve Jenny Brown's Sheriff to Release me Fed Civ Rule 55 Default, Court Corruption. Venue changed to Diversity Nevada 94-428 for murder trial.

### U.S. Marshall Arrests

You must under Contempt order U.S. Marshal to arrest Jenny Brown, Sheriff, Colleen Nichols et al for Defiance & Kidnap with intent to commit Murder. And

Arrest John Hansen, C Ronald Stone esq, William Thomas for Trust theft 2nd time.

Placer Co. Like Marin Never Had Jurisdiction over "Res Judicata Judgmt Liens.

Please attend all ministerial duties Required of clerks of Federal Courts without Further Misprision of Felony, Rule 55-c

Atty for ABVA Group trust Intl. De. CUSIP 93146OU Since 1982
Pennibanc trust.

(2)

Clark, Transfer of Venue Nevada 94-428
Jail Commander, Case CV 08-3008

1. "Res Judicata" means "End of Case Judgments no more issue cannot prove wits to kill me & trust to evade Dest. CPC, 166, 182, 186.5, 422, 470, 490 murder. ID Theft N murder Death penalty in Federal court.

2. "Res Judicata" 1993 in Settlmt, UCC stolen by Robert Dickson ~~act was~~ Joll s/o A BVA Attorney 1999.

3. I have been Doing Federal Civ Habeas writs for 27 years Default is Mandatory under Rule 55-c By Clerk.

4. Were all parties Served as Required?

5. Why am I still Kidnapped? In Criminal Contempt. CPC 166

6. Fed ct Summons Served on Nichols & Doctor Schmidt November 6, 2007, threw in Jail Dec 14 Falsified "Incompetence" DR Report Felony CPC 471.5 Forged medical Record.

Jurisdiction

7. No State or Federal Court has power to Block enforcemnt of Res Judicata Judgmnt Securities.
or Kill Alvin and Bundt
But They Did.

Send U.S. Marshalls

8. Release me Now. Before Gods Anger Kills you All. Psalm 34, 35, 37, 64, 94

⓪ ⑦

Release - prose in frost/fear [?]

Clerk.  — threats
Jail Commander.   my letter to Sheriff   Default Judgment.

I want to press charges & arrest Ann Davidson for threatening me June 9, for Filing 3rd Habeas Corpus Writ & giving her info on it. Its a Felony under CPC 650 for anyone to threaten an Elder or anyone with Death threats.

I was charged with threatening Robert Dilhanour by his friend Jerry Brown Oct 15, 2007 and jailed for 9 months.

Penn written Court of God Jesus Christ    May 18, 2008
Murdered March 25, 2002                   May 18, 2008
SF Sup Ct No 968484 Judgmt.                Filed
Alvin Joseph Howsen, Attorney Kidnapped.
Vernon Joseph Howsen, Co. Trustee.
Dennis Riccio CEO. Dyane Hesse Secretary
UCC Master 30 yr. Trust File 07-7121163917
995 Darling Way, Roseville Ca 95678        Case CV. 08-3008
(All Trust, personal Mail Stolen)

## IN the Court of God Jesus Christ
### E USDC Nevada, No 94-428 HDM.
### ~~Nevada~~ UCC 94-07952-53.     Venue Transfered

Re Criminal Contempt CPC 166, 182     June 27, 2008 Murder Hrg.
Edward N. Bonner Sheriff, Felon       Case No 94-428 HDM.
Judgmt Fed Rule civ 55 Default        Reopened June 22, 2004
By Clerk. Placer County Debtor Felon  SF USDC Judge No 07-5446
Jerry Brown AG False Accuser.         Habeas Corpus Writ 11-6-07
Robert Disharoon, William Thomson     Res Judicata
John P. Howsen, C. Randall Stone esq  UCC Judgmt Liens.
I.D. Trust imposters Federal Crimes   Diversity Jurisdiction
Interstate Commerce, Mail Theft IRS   Gods Wrath
Fraud                                 Rev 18-21 pg. 94
Colleen Nichols, J. Felon.
     UCC Debtor Felons, Murders
CPC 182, 422, 470,
18 USC 371, 1951          26Th Oct 15, 2007        Judgmt Summons
                   DEMAND FOR RELEASE              Rule 55c 20
              From UCC Kidnap. Death.              By Clerk
            Jail Commander, why do you ignore
            Defy, Disobey Court Judgmts.?

① 
  Murder Hearing for Brenda Ellen Howsen Riccio. June 1, 2008
  Hearing set June 27, 2008 May God take her home and

① ⑧

To Commander:

Brenda's suicide - Murder, Threats

2. Placer County is an accomplice to ID Thiefs Trust Forgers John Hansen, C Rendel Stone esq, William F. Thomson

3. Brenda was Threatened By Them all to stop trying to Bail or Help me. Wrote many letters. Told to "Butt out" Threats CPC 650, 490.

4. Threatened By (Jerry Brown) Felon murderer

5. Placer County is with Jerry Brown, C. Rendel Stone esq Bill Thomson operating Stolen Pennabecker Trust, Stolen Mail must murder me to shut up.

Gods Wrath is upon you.

6. When the cancer plague is upon you Remember why? Remember Brenda & I. Your murder victims.
"He will destroy them for their wickedness"
Lake of Fire Eternal Death.            Psalm 94:23

7. You have now imprisoned me 9 months without a crime Terrorized & murdered me. The pit you dug for me is Now your grave. "You Reap what you sow" Ask Bob Stangdellini the murdered farmer.

Alvin Joseph Hansen, Bankruptcy Trust, Trustee Attorney 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
Vernon Joseph Hansen, Trustee
UCC Judgment Lien Creditor, Res Judicata
Master File No 07-7121163917
ID Theft Victims, 1993-2008 Hansen

Deadline Dusty Harrison PI
Floyd Smith PI
Leonard Padilla - PI 530 685-6900
Carolyn

20 Days Defaulted
Summons.

Served on Sheriff, Court
May 18 2008

# IN UNITED STATES DISTRICT COURTS
San Francisco 5446, Delaware 93-292, Nevada 94-428

Subject: Hansen v Thomson

V

Jail Commander
EDWARD N. BONNER Sheriff
Placer, Marin, Yolo Counties
Social Security Pension
JERRY BROWN AG Debtor Felon
Robert Disharoon, ID Thief
1993-2008 Jason Nichols AG
Colleen Nichols, J, Debtor Felon
Leonard Padilla PI
Ann Davidson, Imposter Attys.
William E. Thomson - Former CEO
Marvin, Ginger Reis Trust
John P. Hansen, Ronnie Stone JR
Trust Imposters 3RD ID Theft, Murder
Debra Schmidt, PhD Judge
False med Report CPC 471.5

Civ - Criminal Contempt
Case No 07-5446

3RD Habeas Corpus (Indictment)
for Criminal Contempt CPC 166
18 USC 371 Conspiracy
18 USC 1951 Hobbs Act
Debtor Murder of JL Creditor
Mail Theft, IRS Obstruction
ONE Formal Action Rule,
Res Judicata
UCC Judgmt Lien Creditor,
I am Trust only Lawyer,
Victim

This is Only Punitive / Original / N 7 Pages

1. You are commanded by victim and this courts contempt orders to immediately release kidnapped, unlawfully detained UCC Judgment Lien Creditor Alvin Joseph Hansen from Debtors imprisonment to Evade Debt. CPC 182, 166, 155, 490, since Oct 15, 2007, and from appearing in this court at hearings

Return Writ with Proof of Compliance to Court

① ⑩

"You are commanded to appear & answer the Complaint Filed against you within **30** days of service or Judgment will be entered against you for the Relief Demanded.

Jennise trust
Alvin Joseph Hansen trustee
Vernon Joseph Hansen co-trustee
Dyena Hessel, Secretary -
UCC ID Theft Master File NO 07-7121163917
Judgment Lien Creditors.

Writ

Clerk Richard Weiking. 1993-2008      June 24, 2008

" USDC Nevada NO 94-428 Venue change.

"No creditors or Debtors prisons in United States"

Release from Kidnap.

Please order U.S. Marshall to ~~arrest Jerry Brown and~~ all Placer County Kidnappers to effect Due Administration of Justice and this Courts Judgment Habeas, Civil Rights writ NO Civ. 08-3008.

To attend murder trials of Brenda Hansen Riccio, Alvin Joseph Hansen. Scheduled June 27, 2008.

Judgmt 3rd Habeas writ Sheriff Bonner May 18, 2008
Summons 20 day Default Not appearance Jerry Brown
(Service all parties)

Please effect service of Judgmt writ on all Debtor-Felons in Contempt CPC 166 as Required By Law. Via U.S. Marshall. To vindicate & enforce Court Judgment. Civ. NO. 08-3008, Civ. NO 07-5446. Nevada Case 94-428. Nevada UCC 94-07952-53

          Vernon Hansen (s)
          Atty, Judgmt Lien Creditor, trustee
    Jennisone trust Vernon Hansen, Co-trustee

cc/  Debtors Melvin E. Soll Esq 1998-99, Jack F. Chapman SS
     Co counsel Sol Wright Esq

"Rulers persecute me without cause. But you will save me." Psalm 119:161

                              (OVER)

①


① All phone contact with my Co-trustees has been Blocked since March 2 arrest.

2. Mail from my Co Counsels Chapman, Wright sent has been Blocked, <u>Stolen</u>

3. Trust, personal Mail is being Stolen by John Hansen, Crandall Stone. Trust <u>impostors</u>!

4. Gods Wrath will Continue to Destroy California By Fire, Flood, Famine & Economic Chaos as a Punishment for Jerry Browns Crimes until I am Released.

5. I am a Son of God under Protection of Jesus Christ my King who now Rules The earth under his final Judgments Revelation Ch 17-22

6. Daughter Brenda Hansen Riccio was Threatened to "Bail out" of Getting me "Bailed" March-May Committed Suicide murder June 1, PC 650, 490

7. I was threatened By Public Defender Davidson for filing 3rd Habeas Writ PC 650 Threats

Vernon Joseph Hansen 58-36-2966 SF
Pennibanc Trust, Vernon Hansen Co, Trustee
Attorney for Trust

TO: Ms Padilla, Inmate Services                          JUNE 21, 2008

RE: 3rd Habeas Corpus, Contempt Received JUNE 18, 2008 for Release
Release Judgment Lien Creditor
Jerry Brown, Robert Disharoom,                 Jerry Brown
Colleen Nichols, John Hansen                   USDC SF NO CIV. 08-3008
C. Randal Stowe Esq, William
Thomson et al.                                 VCC ID Theft Master Trust
Boston Felons.                                 File NO 07-7121163917
                                               Venue change Alameda 94-428
                                               murder trial June 27, 2008

For 2nd Service on Sheriff, and Jerry Brown et al to murder
Trials please make 5 copys of Envelope & unit 10 pages

I am held kidnapped by Jerry Brown to prevent appearance
in Federal Court proceedings in violation of Contempt
CPC 166, Conspiracy CPC 182
    1. John P. Hansen, C Randal Stowe Esq, William Thomson
       Robert Disharoom, Jerry Brown ID Theft Theft of
       Pennibanc Trust Mail Theft IRS Fraud Federal crimes.
    2. Vernon Joseph Hansen as trustee, agent name security
       Dennis Riccio Brenda murder trial
    3. Marvin Reis Caretaker 1007 Darling Way, Roseville, CA.
Thank you
     Attorney for Pennibanc Trust
                                               Refused
                                               June 23, 2008
cc/ U.S. Marshall for arrests.
Gods wrath. Romans. 1, 21
    California will be Destroyed by Fires over Jerry Brown
False arrest of me & murder of my Daughter Brenda.
              OVER

Vernon Hussey, Alvin Joseph Heasen, Kidnapped
co trustee    Pennibanc Trust, attorney, Trustee
                UCC Judgment Lien Creditor against State
Clerk          Placer, Yolo, Alameda Co.
Weikins         Jerry Brown, Debtor Felon
                UCC file No 07-7121163917 WRIT.

On October 15, 2007 Jerry Brown, UCC Judgment Lien Debtor Felon ignored my Judgment liens for ID Theft issued by SF Sup Ct 968484 April 22, 2004 and settlement with Yolo Co. (google) and filed a forged perjured charge (no indictment) CPC 115 claiming my UCC Judgment against Placer Co. a "Forgery" and had this Judgment Creditor jailed for 9 months. Attempted murder. Attempt to destroy UCC file.

No other Judgment Debtor in 4 years has objected nor has the Secretary of State who obeyed the SF Superior Court Judgment 2004.

            U.S. Marshall
        One form of Action Rule.
➤ No provisions in Law to jail Judgment Lien Creditor on Debtor. Hate Crime CPC 422.
Killing me does not kill Pennibanctrust stolen by John Hansen, Randal Stone Esq Bill Thomson. Oct 2006.

Law requires U.S. Marshall to arrest Sheriff, Jerry Brown, et al to enforce USDC case writ cv-08-3008 Obstruction of due administration of Justice.
18USC1951 Hobbs Act, 18USC371 Theft of trust security

{ Gods wrath & FMOX 854 will rage until I am released. I am his son Romes 8 }
                                    #1 on google

Stephen Howsen Kidnapped trustee
Vernon Joseph Howsen attorney for penni bruc trust
co trustee.

Ms Padilla,                                    June 21 2008

I sued this federal court unit Hwy site dated June 6, on jail commander, by mail shift. June 9, should have been released on that date.

The Fires will continue untill I'm Released! Gods wrath and The wicked Jerry Brown & dishonoor will be destroyed as God promised Because I am his sheep and he is my Shepherd. ps.23, ps.94

Over the suicide murder of my Daughter Brenda & I.

All because of the criminal evil vendetta of state official Jerry Brown, his false charge Oct 15, 2007 and attempt to destroy The UCC ID Theft Judgmt lien against him certified by The SF Sup Ct & secretary of state.

This mans violent insane use of his office has brought destruction & ruin to California.

He is being tried in Nevada-Federal Court for murder & theft of penni bruc trust with dishonoor John Howsen, C Randall Stonesifer.

He caused the destruction of Pacific Co. Debtor Felon.

Why do the fires burn, & Gods anger rage? ps.94

(OVER)

# Psalm 109

"Oh God whom I praise, do not remain silent.
For wicked and deceitful men have opened their mouths against me, they have spoken against me with lying tongues.
With words of hatred they surround me. They attack me without cause. JERRY BROWN
   They Hold Court Judgments in Criminal Contempt and Hate thier own Law.
X  "May a Creditor seize all he has, may strangers plunder the Fruits of his Labour".

   Pewaukentost will seize all he has
"May this be the Lords payment to my accusers To those who speak evil of me." Psalm 109:20

   Gods Judgments are Greater than mine and are being poured out on the entire world as promised 2000 years ago Revelation 17, 18-21

The Quickening in our Hour.

The Wicked are Lawless a Law unto Themselves, make mischief By evil, Defy their own Law, Refuse to live by or be subject to The Law, Mans and Gods.

They Grope as Blind men in Night of This Worlds End Kill without Cause To Defend agent Righteous. Create Debt obligations They Steal & never intend to pay war out stolen money & Kill those who settled.

God was Watching.

In The 9 months since you annexed me Stole trust Oct 15, 2007 Gods wrath has accelerated to Kill you. Gas $7.00, Rice up from $200 - $1200 Ton, Famine, Storms Earthquakes, Banks, money Dollar Collapse, No man Can Repay Debt, All Fraud Created By Banks, Greedy people & corrupt courts.

Jerry Brown Debtor Felon since 1999 4608 Rockingham CT Oakland.

Jerry Brown, will die suddenly with Friend Dishonor appointed himself AG to use office to Kill me & Pennwick trust His Crimes Brought The wrath of God Down on you all placer Co was used as Killing Instrument. Bill Thomson This ONE Man Destroyed California.

So I shall trust in God, He has brought you Down into The pit you Dug for me and its your Grave. Ps 94 He will Destroy you as he is in fact Doing. I will be called home to him because my work is Done! to be with my 96 year old crippled mother.

Brown uses his office against personal Enemies

(2)

Re: USDC SF Habeas Corpus Release Unit
        NO-CV-08-3008 Crim. Contempt

Ms Padilla:
① You furnished copying service to Richard Mortimer in May.
The Sheriff's Jail Commander is ordering you to withhold required services in Felony Contempt. CPC 166, 182

② I have mailed The Federal Court Clerk Requesting US Marshall to arrest Sheriff & Jerry Brown for murder trial in Nevada USDC-94-428

Gods Angel will move Fed Court to Release me. Fight

Gods Wrath will continue to Destroy California By Fire & Economic Calamity without end. Psalm 94:20

Jerry Brown Destroyed your Filthy evil state & world.

(We all Have a Duty to Obey The Law & Higher Courts.)

With Jennys Direction, the Attorney,
Demand Jail Commander Return all Service on him to USDC SF
        Civ. NO-08-3008

## STATE

### Firefighters battle hundreds of blazes

SAN FRANCISCO (AP) — More than 800 wildfires sparked by an "unprecedented" lightning storm burned a swath of Northern California from Big Sur to wine country to Humboldt County on Monday.

Thousands of firefighters battled the blazes on the ground and from the air and Gov. Arnold Schwarzenegger said he was alarmed by the number of fires that kept erupting.

"You can imagine how shocked I was yesterday when I got my briefings (Sunday) night and I was told that we have 520 fires all over the state of California," he said. "So it was quite shocking to me, only to find out this morning that that number has actually gone up to 700 and some fires."

Moments later, a top state fire official standing at Schwarzenegger's side offered a grim update. The figure was actually 842 fires, said Del Walters, assistant regional chief of the California Department of Forestry and Fire Protection. A couple ple northern part of the state.

June 24, 2008

Return to not
Alvin Joseph Hansen, Trustee Kidnapped
VANDON J. HANSEN, Co Counsel, Trustee
2775 Richardson Dr.
Auburn, Ca, 95603

Office of the Clerk, U.S. District Court
Northern District of California,
450 Golden Gate Avenue
San Francisco, Ca. 94102

Writ Dept
Criminal Courtroom
Reno, Nevada USDC 94-4126
Writ No CV. 08-3008



LEGAL MAIL

$00.59⁰  JUN 25 2008
MAILED FROM ZIP CODE 95603