Sheriff Bowser
Jail Commander.

June 21, 2008

Inmate Services.
ms Padilla.

Refused

X Jerry Brown tried to destroy.
UCC File 07-7112116391?

Re: 3rd Habeas Corpus USDC SF. NO 08-3008-SBA
Release From Kidnap of Judgment Lien Creditor by
Jerry Brown, Robert Disharoon, Colleen Nichols, et al

FILED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ms Padilla

Clerk Served on

Please make 5 copies of Release Writ & Change of Venue to USDC Nevada, 94-428. For me to serve on

1. John P. Hansen, C. Randall Stone Esq
William E. Thomson, Trust Forgers ID thief imposters

2. Dennis Riccio, Vernon Hansen, Co trustees
Re use in Murder indictment, prosecutions

Release Writ was Served on Jail Commander June 9, 2008

X Please serve 1 copy on Jail Commander, Sheriff. For Release By June 27, 2008 Hearing Date, Nevada. Required By Federal-State Law.

thank you.

Attorney, trustee
Judgment Lien Creditor
Renwiberttrust.

I must be Released From Kidnap to prosecute my Federal Cases in SF & Nevada. Began in 1994

Note Court Clerk Required to Serve all parties In Default of 3rd Habeas Corpus, Venue change. Murder Trials Nevada USDC 94-428

State

10 pages Incl Envelope To Jail Commander. Writ

June 21, 2008

Sheriff Bonner, Jail Commander
D Padilla Inmate Services

Re: Service of USDC Writ By legal mail
Request for Copies Return Original.

Return to Court w/ proof Compliance.

Please Release me per writ Judgment Served on you.
10 pages. Make necessary Copies & Return Original
To me on Nevada USDC 94-428 for murder trials
of Brenda Riccio, Alvin J. Hansen.

Do not further Hinder, impede, delay or Obstruct Due
Administration of Justice as you have for 9 months

Atty Tarstall
Judgment Lien Creditor
ID Theft victim, 1993-2008

Court Clerk Required to Serve all
parties. notify U.S. Marshall FBI IRS
USPS. 18 USC 371, 1341 b.

IRS: EIN No Stolen 931129900

Penniburc Trust / ABVA Trust JUN 28, 2008
Alvin Joseph Hansen, Kidnapped
Vernon Joseph Hansen. Co trustee 541-826-6399
Melvin E Soll Esq trustee
Dixie De Decenzi UCC 07-7121163917 Master file
1007 Darling Way Roseville, Ca 95678

S.F.
Attn: Writ Clerk
Philip Weking Clerk

3rd Habeas Corpus Writ
Default SBA
Case CIV 08-3008 June 18,
" 07-5446 Sudan
Nevada 94-428 B of A.
UCC 94-07952-53
ABVA Group Trust Intl

Re: Contempt
Default Judgment Rule 55-C
Jerry Brown UCC Felon

Jerry Brown was Original ID Theft Trust Embezzler with Robert Dishanwon & Bill Jones SOS 1994. Is Not Above The Law. Neither He John Hansen, C. Randal Stone Esq, William Thomson imposters on Sheriff Bowner, Appeared, answered, or Defended Summons. As Mandated By Law or accounted for murders of myself, Brenda Riccio, trustee June 1, 2008 in 42 Days

Why am I Still Kidnapped, Murdered?

15yr Social Security Pension Theft Embezzlement 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
Google "SS Alvin Hansen, Bank of England acct IRS" 20%

Brown, Dishanwon John Hansen, C. Randal Stone Esq who Stole Penniburc trust Oct 5, 2006 Continue To Steal All Trustee personal legal mail & SS pension with SS permission, IRS permission

Death penalty for ID Theft
U.S. Marshall, FBI, IRS. Enforce

You shall arrest Jerry Brown Embezzlement of Penniburc trust & prosecute Recover All assets under UCC 07-7121163917 Federal Trust & Securities Crimes To End this 15 year long crime against The trusts & Beneficiaries Before my planned Death

[signature] Attest God's Wrath

(1) OVER

Why? should the State of California Suffer This Imposter Felon Attorney General and Consequences of his Criminal Insanity
Gods wrath, State wide Destruction by Fire, people animals, Forest
Arrest Lock him up & punish him Like Randy Cunningham or all other political Felons.

Attest

Other Habeas Writs Known against Felon Jerry Brown

1. DC. USDC Tony Goodspeed.

2. Black Riders LA. "thought Crime indictment 2007

this Demented Felon must be Sentenced To Death as Law Requires.

Appointed himself AG To be above Law.

Gods Angels Are Coming Ps 94
Rev. 21

persons who were threatened killed for Helping me To Get Released From Kidnap By Jerry Brown, Robert Disharoon, plcer Co, UCC ID Theft Debtor Felony Co NO. 07-712 1163917.

1. Jagroops Gill esq Kidnapped taking our trust, False DUI 516 Robertson Blvd, Chowchilla, Ca. 93610

2. Sol Wright esq 916-440-1220 Tried with Nancy Bailey To Bail March 27, Threatened. By Jerry Brown. 530-888-1135

3. Leonard Padilla PI Tried to Release on 2 prior Habeas writs UCC Dismissal 11-30-2007, Threatened.

4. Dusty Hannison PI 2nd writ Served 12-28-2007 Threatened.

5. I Filed 3rd Habeas writ on Sheriff Bonner May 18, 2008 No answer Default of Summons 20 days Rule 5-C June 10, 2008

6. Recieved 2 pieces of mail from Court June 8, June 18 Case No CV 08-3008 writ Held in Criminal Contempt cpc 166

7. Wrote Court Twice Re: Demand for US Marshall arrests

8. ~~By~~ Ellen Hansen Riccio Daughter Co trustee Made Many letters & Effort to Release on Bail told to "Butt out" Threatened, Attempted suicide. ~~702-606-5005~~ phone dead Jun 1

OVER

[illegible] Brenda's Suicide Murder
John Hansen, C. Randall Stone Esq, Bill Thomson
Brenda, Sue Ann Davidson, Threats

Brenda said she was Threatened by All these persons To "Butt out" of Helping me. CPC 650, 422, 490

When are you going to arrest Davidson for threatening me? June 9,

John Hansen Brother, 2035 [illegible], Medford OR 97501
Hired C. Randall Stone Esq Mesa AZ, October 5, 2006
Stole Computer, UCC trust files Jailed [illegible] 20 Days on False ID theft charge Jackson Co.

John, Steve Stone operated trust Padilla INV. with Jerry Brown & [illegible], William Thomson former CEO [illegible],

John Hansen 541-772-6500 951-9501 cell
Stone Esq 804-304-8530 AZ.
Padilla 530-885-6900 Carolyn.

*PLACER COUNTY PUBLIC DEFENDER*

*Jonathan A. Richter, Chief Defense Attorney, 11760 Atwood Road, Suite 4, Auburn, CA 95603 (530) 889-0280*

# READ THIS NOTICE

If you are out of custody, contact the Public Defender's Office at the phone number listed above. You will be meeting with one of our investigators who will interview you after she receives a copy of the police report. Your attorney will be available to interview you after receipt of a copy of the police report.

DO NOT TALK to any person about your case(s) except your attorney or an investigator from our office.

IF YOU ARE IN CUSTODY at the Placer County Jail, do not talk to anyone about your case on the phone or during a social visit. *All conversations at the jail, except with the Public Defender's Office, are digitally taped.* EVERY SINGLE CONVERSATION. DO NOT TALK!

DO NOT TALK about your case with family, friends, bail bondsman, other prisoners, probation officers, parole officers or police officers. If you are contacted by any of these people tell them you have an attorney and do not want to talk to them. Get the name and badge number. ALL jail visits and phone calls are tape recorded and ALL letters are copied.

DO NOT TALK WITH WITNESSES OR CO-DEFENDANTS.

DO NOT PLEAD GUILTY to any charge if you are taken to another court, including traffic and misdemeanor charges. Tell the court you are represented by an attorney from the Public Defender's Office and you want an attorney appointed. If you have other pending cases, even if the cases are in other counties, tell your attorney.

DO NOT TALK with the police or sheriff if you are arrested on a new charge or rearrested on an old charge. Inform them that you have an attorney and DO NOT want to talk about the new case.

DO NOT ATTEMPT, without first notifying your attorney, to make a deal with the police, sheriff, your probation or parole officer in order to obtain your release from jail, a dismissal, or a lenient sentence. *Your attorney is the only person who can ensure that any deal made with law enforcement is fair and that you receive the benefit of the agreement.* **Tell law enforcement that before you talk with them you want your attorney present.**

DO NOT TALK IN COURT. If you need to inform the court of information, first tell your attorney and make sure the attorney wants you to talk. Keep your voice low (whisper) while talking to your attorney so others do not hear your statements. *Always be polite and respectful of the judge, the district attorney, and of sheriff's officers.*

IF YOU MAKE BAIL OR ARE RELEASED FROM JAIL, make sure you call your attorney at the Public Defender's Office at 530-889-0280 *before your next court date.* Whenever you call, **make sure you leave a telephone number where you can be reached.**

HELP YOURSELF. Prepare for your interview with the Public Defender investigator/attorney. You may need to provide the following information: 1) Your address and phone number; 2) Bail and "OR" information; 3) Names, addresses, and telephone numbers of witnesses; 4) A statement of events that lead to your arrest (your side of the story); 5) Personal information about yourself, and; 6) What information you want your attorney to collect such as medical records, physical evidence, witness statements and most importantly, information as to how to contact the alleged victim.

NO Hearing

Cannot talk in Court

PCPD Shared Documents/Forms/Read This Notice.doc
3/9/07

(11)



# Placer County Public Defender

The Placer County Public Defender has been appointed to represent you. It is vitally important to the outcome of your case that you maintain contact with us. If you are incarcerated in the county jail, then we will visit you there. If you are not in custody then you should contact us immediately to schedule an interview.

Our offices are located in the Atwood Business Park 11760 Atwood Road, Suite 4, in Auburn. Our phone number is (530) 889-0280. Below is a map, showing the location of our office.

When you come in to the office, we will go over the charges against you, as well as the information contained in any police reports. We will also want to hear your account of the circumstances of your involvement. If you know of any witnesses that may be helpful to the defense of your case, it is important that we get that information as early as possible. Please be prepared to provide us with names, addresses, phone numbers, and any other information that will be helpful to us in locating them.

Please do not discuss your case with anyone other than attorneys or investigators from our office. If you decide to hire other counsel to handle your case, please let us know as soon as possible.

We look forward to working with you to secure a speedy and fair resolution of your case.

| | |
|---|---|
| A | 11532 "B" Ave. Auburn, CA 95603 |
| 1. | Start at 11532 B AVE, AUBURN going toward 1ST ST |
| 2. | Turn R on 1ST ST - go 0.6 mi |
| 3. | Turn L on ATWOOD RD - go 0.3 mi |
| 4. | Arrive at 11760 ATWOOD RD, AUBURN, on the R |
| B | 11760 Atwood Rd. Auburn, CA 95603 |

Reunibunctrust/ABUATrust. EIN NOS 93112990 Deicusip 9314600
UCC Judgment Lien Master file No 07-7121163917 Res Judicata
Alvin Joseph Hansen, Kidnapped Trustee Nevada UCC 94-07952
Vernon J. Hansen, co Trustee Brenda Riccio, murdered.
Dyana Hesse, Secretary.
1003 Darling Way, Roseville, Ca.

Google #1 Story

U.S. District Court For Nevada.
Reno.

Re: Criminal Contempt, ~~Res Resjudicata~~ UCC Judgment Liens. Kidnap. ~~Jerry Brown, Robert Dunlevy~~ Edward Bonner, Shariff Colleen Nichols, Richard Ciumo, Brad Finochio, DA. Marvin Reis Secretary of State, Debra Bowen ~~State of California~~ ~~John P. Hansen, Randall Stoner~~ William & Judy Thomson Social Security, Bank of England. 365-2000 Debtors Felons ID Trust imposters 1993-2008 Confessed in Writ Judgment.

3rd Habeas Corpus Writ
Case NO SF Civ 08-3008
Venue Change Nevada 94-428
Secretary of State, Bowen.

Notice of
Joinder of Beneficiarys

Brenda Hansen Riccio Murder
Allen Hansen Murder
Robert L Stanghellini Murder

Tony Goodspeed P. –
Jagroop Gill — P. –

1\. Jerry Brown, AG. State of California, Placer County Kidnap Victims, Vernon Joseph Hansen, co-Trustee, Dyana Hesse, Secretary Sabrina, (Dog), are added to Federal Court Securities Interstate Commerce Forgery Hobbs act crimes Judgment Secured by USDC SF Writ NO civ. 08-3008 JUNE 18, 2008 Ed UCC Master Judgment Lien file NO -07 -7121163917 With Demand for Dismissal of false charges & Immediate Release.

1\. Joinder of Kidnapped Beneficiaries To Judgment

# INFORMATION REQUEST

TO:

- ___ Floor Officer
- ___ Sergeant
- ___ Accounting
- ✓ Jail Commander
- ___ Commissary
- ___ Court Liaison (Court Date, Out Date, 1381 Form, etc.)
- ___ Probation (Work Furlough, Work Release, Electronic Monitoring)
- ✓ Other Padilla, Peter Medical Mail Theft
- ___ Public Defender
- ___ Jail Chaplain
- ___ Maintenance Problem
- ___ GED
- ___ Substance Abuse Services

copy 4 1 of 2 Sent to Court

**DO NOT USE AS A GRIEVANCE FORM**

USDC Returned 6 pieces Habeas Corpus Judgment Mail in May-June. Only 2 Recieved, Reported

You are Stealing No Fowly Trust and personal Mail But also legal Mail From Inmate. Trust, Personal & Federal Crime

Gods Angry Fires will Burn Till Im Released From Kidnap

U.S. Marshalls, FBI will Come

OVER

Date: 6-28-08 Time: 6:00pm Print Name: Alvin Joseph Hansen

Booking # P00185497 Housing Unit/Cell: F-192

## RESPONSE

Date:____________ Time:__________ Signature:____________________

JERRY BROWN Orders Everyone To Defy Disobey Federal Court process as John Hansen, Rendel Stone Jerry E Dilhhoon operate Stolen Pawnbroker Trust with William Thomson, E Kidnap SABRINA

I witnessed ALVIN's Receipt of only 2 pieces of legal UNIT mail From USDC SAN FRANCISCO against JERRY BROWN EtAl NO 08-3008

I am also unlawfully DETAINED By placer County Sheriff, JUDGE NICHOLS Chavez, State of California and imprisonating STATE in filing false charges. CPC, 182

only 2 pieces of legal mail out of 6.
mail Received
JUNE 8, 2008
Habeas Judgment
SFCIV 08-3008
Stolen
LEGAL
Theft of Court mail By Sheriff.

6-27-2008

Forwarded by legal mail To Jail Commander with Request To Copy & Return Original To Send to Nevada, USDC. Asked inmate Services Padilla To get. Refused asked Peter, medical Records for Help & Summoned All medical case Records, IGNORED.

U.S. Marshall Requested To Arrest

By mail

CV. 08-3008

June 24, 2008 Sheriff's Brown

Sent Records to SF Court Requesting U.S. Marshall arrest of Felons Jerry Brown, Robert D Wheatman, John Hansen c Ronald l Stone ESQ for Theft of Trust ID Theft, Kidnap 10-15-2007 Theft of Dog Sabrina, all Records, computer from Home 1007 Darling Way, Roseville, Ca. all trusts, personal mail including social security pension, attempt in 9 months to murder by imprisonment.

I am the only counsel for [illegible] trust/ BVA trust since 1993 DC Case 9314600 ID Theft 14 years.

Nevada USDC 94-428.

[signature] Gods wrath Fires June 24

- 1000 Burn to ashes

Malachi Ch 4



2775 Richardson Dr.
Auburn, CA 95603
July 29, 2008
RECEIVED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.59
02 1M
0004235960
JUN 30 2008
MAILED FROM ZIP CODE 95603
450 Golden Gate Ave
San Francisco
URGENT
LEGAL MAIL
08-3008 Contempt 3rd letter