Pennikeuetrust / ABVA Group Trust Intl.
Cd. UCC 30 yr Trust Judgment Lien RG NO 07-7121163917
Alvin Joseph Hansen, Trustee, Counsel Kidnapped.
Vernon Joseph Hansen, co-Trustee.
Dyona Hesse, Secretary.
995 Darling Way, Roseville, CA 95678
(Mail theft)

NEEDED Justemp & WRIT to NEVada Clerk Filing Res Judicata July 2, 2008

Writ Clerk, Richard Weikling Clerk.   Case. CV-08-3008 SBA
450 Golden Gate Ave. PO 36060
SF 94102-9680

JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venue Transfer To
Re: Criminal Contempt, Disobedience   Nevada USDC 94-428 HDM.
  Obstruction of Justice-            3rd Habeas Writ on Plan to Shift
  18 USC 371, CPC 166, 182.          Edward Bonner, Jerry Brown
                                     UCC Debtor Felon.
                                     for ID Theft, Murder Trials.

        Report Complaint Count to Offer of Release
          By Jerry Brown, Representative   July 2, 2008
            Morgester- Refused ----

Dear Clerk
1.    On June 20, 24, 29 & July 1, I Reported via legal Mail to you, theft of my Court, Trust, personal, co-trustee Vernon Hansen Secretary Dyona Hesse, and Attorney Mail By Sheriff Ordered by Jerry Brown. (Stolen SS pensions since 1994)

2.   My Release should have been on JUNE 10 on Defaulted 3rd Habeas writ. But was Blocked by Jerry Brown. Rule 55-C

3.    Brown now seeing venue Transferred to Nevada USDC for ID Theft (1994) & Murder trials of John Hansen, C Renald Stone & William Thomson & Judge Colleen Nichols Chavez, Robert Dishonwood. Through his henchmen Robert Morgester (Jason Nichols) offers to Release me IF I sign a Release of Jerry Brown only.

4.   It is my duty to Report all Contempts & Crimes to the
① Brown Illegal Offer

count for the Record and action by Grand Jury FBI, IRS, USPO

5. Please SIGN & Send ORDER of Default Judgment via U.S Marshall for my immediate Release. As Mandated by Law of Kidnap, Habeas, Brown Mayor Debtor Felon

6. Jerry Brown, UCC Debtor Felon who as Mayor of Oakland in 2005 stole & sold my Home at Google 4608 Rockingham Dr Oakland & gave to his girlfriend attorney Susanne Alexander; Filed this "Forged" perjured criminal charge of "Forgery" & arrested & Jailed me - in Debtor Felon plea 6. October 15, 2007 9 months ago. & is Responsible for my Daughters Death. & my ID Theft Murder.

He is Frightened and Now offers illegal Release for illegal Release. We again Demand his Arrest under Mandate of Law

7. The Court must be Noticed of any such criminal Acts.

Attest Kidnapped Trustee
Counsel for Pennibanctrust/ABUA NO-07-712116396 CJUCC
USDC Nevada, via SFUSDC.
cc/ Vernon Joseph Hansen, Dy and Hess
& Attorney's

Brown is The Cause of Gods Wrath & 1000 Fires that will Burn untill I am Released as God promised Psalm 94:21 Malahki Ch. 4 "Ashes under Soles of your feet".

note: Howard D. McKibben, Judge & Milton L. Schwartz Judge were principals to Dishonor-Brown ID, Trust embezzlement of settlement $13.26 Billion June 1994

(2) Brown Illegal Offer

Grand Jury Notes
FBI IRS

(Jason Nichols)

Clerk. Continued.

It was The FBI (Jason Nichols) Jerry Browns Investigator (sic) who came around to compromise my CEO Bill Thomson, accused me of threatening Robert Dishonson, Browns Friend to set me up for arrest. In August-September 2007.

My website 4yrsold pennibenpost.com was terminated Sept 25, 2007 without cause.

Jason Nichols, Brother of Colleen Nichols arrested & jailed me on October 15, 2007

I was immediately denied all due process & labelled "incompetent" by a Dr Schmidt who I never met to prevent trial on the Table change & send me to Napa State Hospital for Life & Murder.

This is the Living Hell I've suffered for 9 months on Bill Thomsons Forged medical POA for Bribe.

X and now he wants me to Release Jerry Brown?

Go to Hell Jerry Brown, Go To Hell
California will Burn under Gods wrath against you until I am Released for I am His son & Brother to Jesus Christ who loves me and will Release me.

It will get much worse, Famine, Death Economic Destruction Rev. 18 in "one hour"

(OVER)

Its simple!
   Placer County Refused to settle like Yolo County Google owes UCC 1st Theft Judgmt Liek Like Jerry Brown.
   They Both conspire to Kill me so They dont Have to pay —
   Also to do favor for Social Security & other Debtor Fellows.

   All started July 16, 1994 in Nevada, 94-428 with Trust Forgery Embezzlemt By. Anderson, Zeigler, Dishonor, Gallagher & Greig, Mason Anderson, Sltz, (?), Howard McKibben, Milton L. Schwartz Judge
       Cover up, Cover up, Cover up,

But God wants The Truth To be Known & Justice to be as the Noon day Sun psalm 37.

[signature]

6-27-2008

Habeas Judgm't Stolen Legal mail

mailed June 9 to Jail Commander for Release, with Request to copy & Return original. Asked Deputy D Padilla to g't, ignored. Asked peter medical to g't, Ignored.

2 pieces of 6 sent By Court.

Theft of Federal Court Legal mail By Sheriff. SFUSDC 08-3008



Lewis Bair, Trustee
Alvin Joseph Newsom, Trustee Kidnapped
Vernon Joseph Newsom, Co-Trustee
Michael Wessel, Secretary
775 Richardson Dr
Auburn, CA 95603

**LEGAL MAIL**
Open court, Trust mail

Jerry Brown Office
CV-08-3008-SBA
Vessel No 04-428

Writ Clerk
U.S. District Court San Francisco (Newark)
Case NDCV 08-3008 SBA
450 Golden Gate Ave, P.O. 36060
San Francisco, CA. 94102



$ 00.42⁰
JUL 03 2008
MAILED FROM ZIPCODE 95603
0004235960
02 1M
UNITED STATES POSTAGE
PITNEY BOWES

