RECEIVED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US Marshall Order
SF USDC 3rd Habeas Corpus Writ
Kidnap, Murder of ID Theft Victim 1994
CV 08-3008 SBA, Nevada 94-428

Cause Ong.

? of Mailing, Service on Court, Parties
Stolen by Jerry Brown, Sheriff.
18 USC 1341 b. 371

Demand for U.S. Marshall Arrest of Jerry Brown, Robert Dickinson
John Howsen, C Randol Stone Esq. William Thomson plea to
Sheriff. Judge Colleen Nichols. UCC Debtor Felons.

Mail From Court Stolen. 2 Recieved June 14 June 18
" To Court No Reply.
     June 20, 24, 29, July 1 Nevada, July 2, July 4

All, Court, trust, personal Business Mail Stolen By JD
Trust Imposters. 18 USC 1341 b.
Report through Courts to FBI, U.S. Marshall, IRS, USPO
Grand Jury.

By Jewish Citizen. PennisancTrust/ABVA trust
Alvin Joseph Howsen        Delaware Settlmt CUSIP 9314600
                            USDC 93-292 JJL.

Reference This Case: All Records
SF Superior Court, State exrel Stull Pennisbact
ABVA V. Bank of America, Chubb, California et al #0968484
May 1997 5 Judgments for Murder Delaware CUSIP 9314600
priority Secured UCC Debt. Last Filing Bankruptcy of CIF
July 17, 2007

Penitentiary/Sheriff SUI 931179920
Alvin Joseph Hansen, Trustee
Kidnapped Jewish Citizen By Jerry Brown debtor UCC Felon
Vernon Joseph Hansen - Co Trustee
Dyana Hesse - Secretary
Joseph Orozco, Esq Co Counsel
1007 Darling Way, Roseville, Ca
UCC File 07-7121163917 Master File

July 18, 2008
Filed in Nevada
USDC
"Copy"

From Placer County Jail
# U.S. District Court Nevada
SF USDC Nebers CV-08-3008 SBA
Bulk

Clerks By Law
You Are Directed To "File Enter"
Serve on All Government Offices
Agencies this Notice Revoking
U.S. Citizenship. Dept of State
Commerce Dept, FBI, IRS, FTC.
California/Nevada Secretarys
of State & Israeli Consulate
Embassy Washington, D.C.

ID Theft
Case 94-428 HDM Felon
Murdered 1994-2008 CPC 182
Israeli Citizen By Birth Revokes
U.S Citizenship for 27 Years
Terror, International Human
Rights Evil Crimes
Diplomatic Immunity
18 USC 371, 1951, 1961,
Declaration of Will Testament
Arrested Jailed 27 years Never
Convicted of Crime in U.S.
Attest

Google
Birth Certificate Referenced.
Place: Fresno, Ca. November 21, 1931
Father: Earl Fulton Hansen
Mother Maiden Name: Bertha Magdalene Feuerstein
Born Alvin Joseph Hansen. ID Theft Victim June 27 1994-2008
Prisoner    By Jerry Brown, Dishanoon, McKibben
Google "SS Alvin Hansen Bank of England acct" 70 pgs
Mail stolen by Sheriff
Trustee Counsel Attest
Ca. UCC Felony Judgment Lien Creditor
Declaration of Will & Testament
"Filed Entered"    (OVER)
Served By Clerk All Offices Agencies Required by Law

Pennibanc Trust / ABVA CUSIP 93/4600    July 4, 2008
Alvino Joseph Hansen, Trustee SADNG
Vernon Joseph Hansen Co-Trustee SADNG
Dyann Hesse, Secretary, UCC Master File 07-7121163917
1007 Darling Way, Roseville CA 95678
6484 Pioneer Rd    God & Thus IS
Medford, OR 97501

✓ FILED  ✓ ENTERED  ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JUL - 9 2008
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY
No Copy

Grand Jury &
U.S. District Court for Nevada
& San Francisco No 07-5446

| Pennibanc Trust / ABVA Trust Sabrina | UCC Res Judicata |
| Alvin Joseph Hansen, Trustee, Counsel | Case No 94-428 HDM ✓ |
| UCC Judgment Lien Creditor | SF USDC CV 08-3008 SBA |
| Ex Rel Plaintiff | Habeas Corpus, Civil Rights, Racketeering |
| | Criminal Contempt CPC 166, 182, 470, 490 |
| v. | Filed in Behalf of Veronica Salcedo |
| Jerry Brown, State of California | & Vance Kyle McBride Relief Kidnap |
| Arnold Schwarzenegger, Robert Dickerman | Malicious Prosecution Victims |
| Edward N. Bonner, Sheriff Placer Co. | Beneficiaries |
| Roseville Police, Colleen Nichols, Robert | |
| McElroy, John Hansen, Ronald Stowe Esq | Violation of U.S. Constitution, Federal |
| William Thomson, Marvin Reis | State, Trust, Commercial Securities Law |
| SF Superior Court No 968484 | 18 USC 371, 1951, 1962, 1341 b. |
| ID Theft Embezzlement 1993-2008 | Demand for Release |
| Two Rock Farms, Alvin James Hansen | Vance R. McBride |
| Confessed Felons, Yolo Settlement 2005 | Kidnapped Counsel |
| USPO    Respondents | Psalm 37, 94 |

Diversity Jurisdiction: Venue 1994

1. Court Clerk has duty to file and enter Summary Default Judgment on demand. And enforce all SF Superior Court UCC Felony ID theft Judgment 968484 Liens (365) Certified by Secretary of State Master File 07-7121163917 ✓

This Court was Accomplice to ID Theft 1994-2008 (Howard W. McKibben)
                                                    Jerry Brown

AJH Attest    OVER
Writ

① In Behalf of Salcedo, McBride Release from Kidnap

Unifelix                14 years Later
Grand Jury:—

Please file, Enter & Notice all parties of Default 6th Summons Judgmt (Feb 21, 2008) Writs of Habeas Corpus, Return our copy w/ proofs of svc on all parties.

Notify Copy to California, Nevada Secretary of State for filing in UCC Registers. Per Ministerial Duty Rule 55-C

sincerely

### Murder Trials Scheduled
Death Sentence Mandated Law.
18 USC 1951, 371

Murder of Mom, Panni, Bob Staghellini, Korrells, Goddard, Jacqueline Hansen, Alvin Joseph Hansen, Alvin James Hansen imposter, Richard Scholes, Joe Robinson, Paul Smrkovsky

By: Anderson, Zeigler, Dishaman, Gallager, Gandy, FBI Agent Jeff Gray, McKibben, Schwartz, Haggerty Judges.
Jerry Brown, Pete Wilson
State of California UCC Trust 94122638 Forged

Google' #1 ID theft Murder
"Jewish Citizen Victim of $6 Trillion 14 year ID Trust Theft."

Send U.S Marshall
for Obstructed Release
as Required by Kidnap
Law Federal

I'm 76 and in pain/health

Co trustee Son Vernon Hansen
541-826-6399
Daughter Co trustee Brenda
Piccio 702-606-5005
Joe Olzendo ESQ    1995
40 N. Central Ave
Phoenix, AZ 85004
C Randal Stone ESQ
Impostor Attorney John Hansen
804-304-8530

# Salcedo: Attorneys at odds over third trial

*Continued from page A1*

new evidence that the people can bring to the court. Additionally, she said, medical experts do not agree on symptoms surrounding shaken baby syndrome. She said in the second trial the defense proved that Hannah's death was a result of blood clots, among other medical issues not relating to injuries resulting from being shook too hard.

She said an additional trial would cause harassment to her client and the court has already incurred "incredible" expense and time on the matter.

Wood countered that Acton's motion dismissal was "premature." He argued that given the length of time spent on the case — two trials in two years — allowing an additional three weeks to review evidence was not a large request.

He said the prosecution would like to review the evidence before deciding whether or not to retry Salcedo.

He said they are considering testimony jurors gave after the second trial ended with a jury deadlocked at 9-3 in favor of acquittal. Wood said jury members informed the district attorney that the actual vote was 7-5 in favor of acquittal.

"I do not believe the evidence in this case is indicative of Ms. Salcedo's innocence," Wood told the judge.

He countered Acton's argument that medical experts disagree about symptoms relating to shaken baby syndrome. He said those who believe there is debate are in the minority of the medical community.

He added that any trial poses a burden to all those involved and said cost should not be an issue.

"To even suggest that we have to decide based on cost is totally a slap to the face of justice," Wood said.

He argued the additional weeks to allow the defense review time was not harassment to Salcedo.

At the conclusion of arguments, McElhany decided to grant the additional weeks of review.

Outside of the courtroom Thursday afternoon, Wood said he would not comment further as it was a pending case.

Acton said some of the prosecution's comments "surprised" her. She asserted that Hannah's injuries were the result of several other medical issues, not shaken baby syndrome injuries.

She said the cost of the trial is mostly based on paying experts — who she contended couldn't agree.

"If the medical community can't agree, how can 12 people?" Acton asked.

McElhany set a ruling for 8:30 a.m. July 28 in Dept. 13.

*The Journal's Jenifer Gee can be reached at jeniferg@goldcountrymedia.com or post a comment at auburnjournal.com.*

> **"** To even suggest that we have to decide based on cost is totally a slap to the face of justice. **"**
>
> *— Jeff Wood, Deputy District Attorney*

# Auburn Journal

F-191

*Set her Free   Give Drau to Death*

*Serving the Greater Auburn Area Since 1872*

Friday and Saturday ... 2008

47 cents

530-885-5656

*US Constitution prohibits Jeopardy 2nd third / 3rd third* 

## Attorneys at odds over third trial

### the weekend SKINNY

**Family Fourth**

Theme of Auburn's Family 4th of July parade, to begin at 7 p.m. Friday, is "Pride in America." Festivities include the Little Miss and Mister 4th of July pageant, food and beverages, crafts, free kids...

**Prosecution wants more time to review evidence, comments from the jury**

By Jenifer Gee
*Journal Staff Writer*

The decision as to whether a nanny accused of fatally injuring a 15-month-old girl will go to a third trial has been postponed until late July.

Thursday morning criminal defense attorney Mary Beth Acton filed a motion to dismiss the case against Veronica Martinez Salcedo.

Salcedo is charged with assault causing the death of a child in the May 2006 death of toddler Hannah Rose Juscam. The prosecution contends that Hannah died as a result of brain injuries caused when Salcedo shook the toddler. The defense argued that a virus, and ultimately a stroke, caused Hannah's death.

Deputy District Attorney Jeff Wood said the prosecution would like additional time to question witnesses the defense used in the second trial. Wood said there is not necessarily new evidence to present to the court but rather a different interpretation of the evidence.

Acton argued on Thursday that Judge Robert McElhany that the case should be dismissed because she believes there is n[ot]

See *Salcedo*, page A8



Mary Beth Acton      Jeff Wood

## Celebrating America

*Set hr Free   Liberty & Justice for all*

Several favorite fireworks watching sites to be closed



No answer to letters June 20, 21, 27, July 1.

Nodes, courts Salceedo, McBride
July 2008
Nurse & Professor

Mr Rickpiper
Send U.S. Marshall arrest Sheriff Bonner

From: David Scott Blauati
Alvin Joseph Hansen, Kidnapped
South Citizens Virginia + Louisiana
1175 Richmond Dr.
[illegible], CA [illegible]

**LEGAL**

Revoke U.S. Citizenship
SFUSDC CV08-3008 SBA
Nevada 94-112

Governing Notice

To:
Clerk, United States District Court
San Francisco
Northern District of California
Nevada USDC 94-112 [illegible] Prisons
450 Golden Gate Avenue
San Francisco, CA 94102

USPS Postage $00.42
MAILED FROM ZIP CODE 95603
JUL 23 2008


No Answer to Letters June 20, 21, 24, July 1,

July 21, 2008

I am still kidnapped

Send U.S. Marks will arrest Sheriff Bowen

No boss, CIA ATT Salcedo, McBride

7034

July 9, 2008
"Filed & Entered"

PlaintiffConstructTrust/ABVIATrust
Living Joseph H Jensen, Kidnapped
Jewish Citizen, Judgment Law Creditor
775 Richardson Dr.
Auburn, CA 95603

**LEGAL**

Government Notice
Re Voice U.S. Citizenship
SFUSDC CW08-3008 SBA
Nevada 94-428

Clerk, United States District Court
San Francisco
Northern District of California
Nevada USDC 94-4128 18M Felons
450 Golden Gate Avenue
San Francisco, CA 94102

MAILED FROM ZIP CODE 95603
JUL 23 2008
$00.42



Clerk
Revoke U.S. Citizenship, Jewish Citizen
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 & EIN No 931129900
DeCUSIP 93146oo