IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HANSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. _____/ | No. C 08-03008 SBA (PR)<br><br>**JUDGMENT** |

　　　The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

　　　IT IS SO ORDERED.

DATED: 8/29/08

　　　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.08\Hansen3008.JUD.wpd

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  ALVIN HANSEN,                                           Case Number: CV08-03008 SBA
7              Plaintiff,                                  **CERTIFICATE OF SERVICE**
8     v.
9  MARIN et al,
10             Defendant.
                                                    /
11
12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14  That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
    Alvin Hansen UCC No. 07-712116391
18  2775 Richardson Drive
    Auburn, CA 95603
19
    Dated: September 4, 2008
20                                                  Richard W. Wieking, Clerk
                                                    By: LISA R CLARK, Deputy Clerk
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.08\Hansen3008.JUD.wpd                2